1452

## RECONSIDERATION DOCKET

**98–20. State v. Nields.**
Hamilton C.P. No. B9703305. Reported at 93 Ohio St.3d 6, 752 N.E.2d 859. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.